IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINTON PINDER, | : | |
|    Petitioner | : | No. 1:20-cv-01566 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | : | |
|    Respondents. | : | |

## ORDER

In accordance with the accompany Memorandum Opinion, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED AS MOOT**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                            S/Sylvia H. Rambo
                                            United States District Judge

Dated: July 13, 2021